IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Donna Rauch, ) | Civil Action No. 6:16-cv-02270-MGL-JDA |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| Oaktree Medical Centre, P.C., ) | |
| and Daniel A. McCollum, D.C. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to above-captioned case, by and through their undersigned counsel, hereby stipulate and agree to the dismissal, with prejudice, of all of claims and counterclaims in this case. The parties will bear their respective costs and attorneys' fees in connection with all dismissed claims and counterclaims.

Stipulated and entered this 17th day of November, 2017.

| | |
|---|---|
| s/ David E. Rothstein | s/ Douglas W. Mackelcan |
| David E. Rothstein, Fed. ID No. 6695 | Douglas W. Mackelcan, Fed. ID No. 10057 |
| ROTHSTEIN LAW FIRM, PA | Carlock Copeland & Stair, LLP |
| 1312 Augusta Street | 40 Calhoun Street, Suite 400 |
| Greenville, South Carolina 29605 | Charleston, SC 29401 |
| (864) 232-5870 (Office) | (843) 266-8228 (Office) |
| (864) 241-1386 (Facsimile) | (843) 727-2995 (facsimile) |
| drothstein@rothsteinlawfirm.com | dmackelcan@carlockcopeland.com |
| | |
| Attorney for Plaintiff, Donna Rauch | Attorney for Defendants |
| | |
| Greenville, SC | Charleston, SC |